# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.504.8363

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

**MEMO ENDORSED**

November 30, 2023

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/1/2023__

Re: **Mollis v. OnSiteIQ, Inc., et al.**
    **Case No.: 1:23-cv-09208-ALC-SDA**

Dear Judge Carter:

    This firm represents Plaintiff John Mollis ("Plaintiff") in the above-referenced matter. Plaintiff respectfully submits this letter with Defendants' consent to request a two-week extension of Plaintiff's deadline to file his Complaint from November 30, 3023 to and including December 14, 2023. This extension is needed due to Ms. Goddard and her toddler falling ill and Ms. Goddard being out of the office.

    This extension will affect the Defendants' deadline to respond to the Complaint. Therefore, the parties also respectfully request that Defendants' deadline to respond to the Complaint be extended by two-weeks from January 5, 2024 to and including January 19, 2024.

    This is Plaintiff's first request for the extension of his deadline to file the Complaint.

    We thank the Court for its time and attention to this matter, its consideration of this request, and apologize for filing this request on such short notice.

Respectfully submitted,

GODDARD LAW PLLC
*Attorney for Plaintiff*

By: *Megan S. Goddard*
Megan S. Goddard, Esq.

cc: All Counsel of Record [*Via ECF*]

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: December 1, 2023