# GODDARD LAW PLLC

39 Broadway, Suite 1540 | New York, NY 10006
Office. 646.964.1178
Fax. 212.208.2914
megan@goddardlawnyc.com
WWW.GODDARDLAWNYC.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/15/2023__

December 14, 2023

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:   Mollis v. OnSiteIQ, Inc., et al
      Case No.: 1:23-cv-09208-ALC-SDA

Dear Judge Carter:

This firm represents Plaintiff John Mollis ("Plaintiff") in the above-referenced matter and write jointly with Defendants to request a 60-day stay of the pleading schedule. The Parties request this stay because they have agreed to attend a private mediation. This is the Parties' first request.

The Parties have already selected a mediator and are in the process of scheduling mediation, and will promptly update the Court once the mediation date is confirmed.

Thank you for your consideration of this matter.

Very truly yours,

Goddard Law PLLC

By: /s/ Megan Goddard
    Megan Goddard, Esq.

SO ORDERED:
*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Date: December 15, 2023
The Parties are **ORDERED** to file a Joint Status Report upon the close of mediation.

1