USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/18/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MOLLIS,** | |
| **Plaintiff,** | **23-CV-09208 (ALC)** |
| -against- | **ORDER** |
| **ONSITEIQ, INC.,** *et al.* | |
| **Defendants.** | |

**ANDREW L. CARTER, United States District Judge:**

This Court having previously granted the Parties' requested stay of these proceedings pending private mediation, the Parties are hereby **ORDERED** to file a joint status report informing the Court of the pendency of this action by **July 26, 2024.**

**SO ORDERED.**

Dated:   **July 18, 2024**
         **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**